UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSLAH ABDUL-HAFEEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 24-cv-1184-RSH-DDL<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT AND OSC RESPONSE** |

　　　On March 4, 2025, the Court issued an order granting Defendants' motion to dismiss. ECF No. 16. In the same order, the Court also directed Plaintiff to show cause why the Doe defendants in this action should not be dismissed from this case for failure to effectuate service under Federal Rule of Civil Procedure 4(m). ECF No. 16 at 1. Pursuant to the Court's order, if Plaintiff chose to file an amended pleading, Plaintiff was required to do so within fourteen days of the date of the Order or March 18, 2024. *Id*. at 18. Plaintiff's response to the OSC was due on the same day. *Id.*

　　　On March 19, 2025, Plaintiff filed an amended pleading and an OSC response. ECF Nos. 17, 18. The Court thereafter struck the filings as untimely and for failure to comply with Chambers Rules. ECF No. 19.

On March 21, 2025, Plaintiff filed a motion for reconsideration, supported by an attorney declaration attesting that the late filing was due to internet problems that impeded the electronic filing. ECF No. 21.

In light of the stated reason, the Court grants Plaintiff leave to file, within three (3) days of the date of this order, an amended pleading and an OSC response. Defendants' time to respond to the operative pleading will begin to run fourteen (14) days after service of the amended pleading.

Counsel is advised that all requests for relief must be made by a written motion that complies with the Local Rules of this District, as well as the undersigned's Chambers Civil Pretrial Procedures, both available on the Court's website. Plaintiff's motion for reconsideration does not meet these standards. *See* Civ LR 7.1, Chambers Civ. Pretrial Proc. § III. However, based on the reasons given in the motion, the Court grants leave as set forth herein. In granting this leave, the Court denies as moot the motion to reconsider [ECF No. 21]. The Court advises that future noncompliant filings may be stricken.

**IT IS SO ORDERED.**

Dated: March 24, 2025

_____
Hon. Robert S. Huie
United States District Judge