UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MUSLAH ABDUL-HAFEEZ,

        Plaintiff,

    v.

CITY OF SAN DIEGO, DOMINIC LAZAGA, O'LEARY RAMOS, ROBERT TROUSAS, GARRETT KAIN, MATTHEW FREUND, and CARLOS DOE,

        Defendants.

Case No.   24-cv-1184-RSH-MMP

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

     Presently before the Court is the joint motion of Plaintiff MUSLAH ABDUL-HAFEEZ and Defendants CITY OF SAN DIEGO, DOMINIC LAZAGA, O'LEARY RAMOS, ROBERT TROUSAS, GARRETT KAIN, and MATTHEW FREUND, to dismiss this action in its entirety, with prejudice. The Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** this action. The parties shall bear their own respective attorneys' fees and costs. The Clerk of the Court is directed to close this case.

     **IT IS SO ORDERED.**

Dated:  December 9, 2025

_____

Hon. Robert S. Huie
United States District Judge